IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SIDNEY CHISM                                                                    PLAINTIFF

VERSUS                                                     CIVIL ACTION NO. 2:04cv263-P-A

ROBINSON PROPERTY GROUP,
LIMITED PARTNERSHIP, d/b/a
HORSESHOE CASINO & HOTEL
AND JOHN DOES 1 THROUGH 5                                                      DEFENDANTS

## ORDER

This cause is before the Court on the defendant's Motion in Limine to Exclude Settlement Negotiations, Offers of Settlement and/or Statements Made in the Context of Settlement [24]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion in Limine to Exclude Settlement Negotiations, Offers of Settlement and/or Statements Made in the Context of Settlement [24] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that any statements or information concerning settlement negotiations, any offers of settlement and/or statements made in the context of settlement between the parties are hereby EXCLUDED at the March 27, 2006 trial of this matter.

SO ORDERED, this the 28th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE